UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAVON TURNER, on behalf of himself and all others similarly situated,<br><br>                      Plaintiff,<br><br>           -against-<br><br>STAGE ONE CANNABIS, LLC,<br><br>                      Defendant. | Case No. 1:24-cv-08092 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      On January 27, 2025, the Court directed Plaintiff to show cause either as to why he had failed to serve the Summons and Complaint within the 90 days prescribed by Federal Rule of Civil Procedure 4(m), or, if Plaintiff believes Defendant Stage One Cannabis, LLC had been served, when and in what manner such service was made. Dkt. 7. After the Court entered its order, on January 27, 2025, Plaintiff filed proof of service affirming that Defendant had been served through its registered agent on December 4, 2024. Dkt 8. The Court finds that Plaintiff has shown cause for why this case should not be dismissed. The deadline for Defendant to answer or otherwise respond to the Complaint expired on December 25, 2024. Dkt. 8. As a courtesy, the Court will extend the deadline for Defendant to answer or otherwise respond to the Complaint to February 4, 2025.

Dated: January 28, 2025
       New York, New York

                                          SO ORDERED

                                          *Jennifer Rochon*
                                          JENNIFER L. ROCHON
                                          United States District Judge