UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

TAVON TURNER, on behalf of himself and
all others similarly situated,

                                Plaintiff,              Case No. 24-cv-8092

            -against-

                                                          NOTICE OF APPEARANCE

STAGE ONE CANNABIS, LLC,

                                Defendant.

-----------------------------------------------------------------X

PLEASE TAKE NOTICE THAT, Law Office of Cesar A. Fernandez, P.C. hereby appears on behalf of Defendant, STAGE ONE CANNABIS, LLC, in the instant matter, and demands a copy of all proceedings and pleadings be served on the undersigned via ECF.

Dated: New York, New York
        February 7, 2025

                                            Law Office of Cesar A. Fernandez, P.C.

                                            s/Cesar A. Fernandez
                                            _____
                                            By: Cesar A. Fernandez, Esq.
                                            2298 First Avenue, Second Floor
                                            New York, New York 10035
                                            Tel. (212) 348-3334
                                            Email: cfernandezlaw@yahoo.com