# Law Office of Cesar A. Fernandez, P.C.

Cesar A. Fernandez*

Of Counsel
Erick Von Ladson
Franco Esposito**

Sandra Ortiz, Paralegal

*admitted in NY, PA, and FL
**admitted in NY and NJ

February 7, 2025

**VIA ECF ONLY**

Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street,
New York, New York 10007

> The requested extension of time is GRANTED. The deadline for Defendant to answer or otherwise respond to the Complaint is **March 7, 2025**.
>
> Date:   February 7, 2025
>         New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re: **Turner v. Stage One Dispensary LLC**
    **Case No. 24-cv-08092**
    **Our Ref: CAF:25-0413**

Dear Judge Rochon:

This office represents the Defendant, Stage One Dispensary, LLC, ("Defendant") in the above captioned matter. There is currently no motion pending before Your Honor regarding this matter. However, upon review of the Court Docket, Defendant's time to appear and answer the Complaint filed in this matter expired on February 4, 2025. Defendant retained my office today, and as such, we require additional time to interpose an answer to the complaint. To that end, the undersigned contacted Plaintiff's counsel, Arjeta Albani, who graciously consented to a 30-day extension to file an answer to the complaint.

Accordingly, I respectfully move to extend Defendant's time to answer the complaint to March 7, 2025. In the meantime, opposing counsel and I will confer over the possibility of settling the entire matter. Should you require any additional information, please do not hesitate to contact my office.

I thank Your Honor for your time and attention to this matter.

Yours faithfully,

s/Cesar Fernandez